Caras v George Comfort & Sons, Inc. (2024 NY Slip Op 02585)

Caras v George Comfort & Sons, Inc.

2024 NY Slip Op 02585

Decided on May 09, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 09, 2024

Before: Kern, J.P., Oing, Kennedy, Scarpulla, Pitt-Burke, JJ. 

Index No. 152645/15 Appeal No. 2238-2239 Case No. 2023-05405, 2023-06799 

[*1]Keith Caras, Plaintiff,
v
George Comfort & Sons, Inc., et al., Defendants. George Comfort & Sons, Inc., et al., Third-Party Plaintiffs-Appellants,

Cullen and Dykman LLP, New York (Christopher E. Ruggiero of counsel), for appellants.
London Fischer LLP, New York (James Walsh of counsel), for respondent.

Order, Supreme Court, New York County (Nicholas W. Moyne, J.), entered October 30, 2023, which, insofar as appealed from as limited by the briefs, granted third-party defendant's motion to dismiss third-party plaintiffs' claim for contractual indemnification against it, unanimously affirmed, without costs.
Plaintiff allegedly sustained injuries on October 22, 2012, when he stepped into a lift and slipped on debris. The court properly dismissed third-party plaintiffs' contractual indemnification claim, given that plaintiff's accident did not arise out of work "originating from, incident to, or having connection with" third-party defendant's work so as to trigger the parties' indemnification clause (see Worth Constr. Co., Inc. v Admiral Ins. Co., 10 NY3d 411, 415 [2008]; see also Basile v Legacy Yards Tenant LP, 205 AD3d 531, 531 [1st Dept 2022]).
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 9, 2024